■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN MERRIMAN, Appellant. [50 NYS3d 890]—Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Collins, J.), rendered March 7, 2014, convicting him of criminal sale of a controlled substance in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

To the extent that the defendant's claim that he was deprived of the effective assistance of counsel survives his plea of guilty (*cf. People v Worthy*, 138 AD3d 1042, 1042-1043 [2016]; *People v Zeigler*, 128 AD3d 737, 738 [2015]), it may not be determined on this record, but must be raised, if at all, on a motion to vacate the judgment pursuant to CPL 440.10 (*see People v Zamani*, 145 AD3d 1046, 1047 [2016]). It is not evident from the matter appearing on the record that the defendant was deprived of the effective assistance of counsel as it relates to the voluntariness of his plea of guilty (*see id.* at 1047).

The defendant's remaining claim is not properly before us on this appeal from the judgment of conviction (*see People v Seaton*, 45 AD3d 875, 876 [2007]; *People v Kessler*, 31 AD3d 786, 787 [2006]). Dillon, J.P., Balkin, Austin and Connolly, JJ., concur.